**EXHIBIT 2-A**

James Juo (CA Bar No. 193852)
jjuo@fulpat.com
**FULWIDER PATTON LLP**                                        JS-6
6060 Center Drive, Tenth Floor
Los Angeles, CA 90045
Tel: 310.824.5555
Fax: 310.824.9696
[**Additional counsel listed on signature page**]
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SOLUTIONS, INC. and SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiffs, <br> v. <br><br> SHIVA TELECOM USA LLC, PINNACLE WORLDWIDE, INC. individually and d/b/a PINNACLE WORLDWIDE (MIAMI), INC., TOMMY JAMES CHAMBERS, NIRMALA UTTAMCHANDANI a/k/a NICK UTTAM and VISHAL UTTAMCHANDANI a/k/a VISHAL UTTAM <br><br> Defendants. | Case No.: 5:14-cv-202-VAP-SP |

## FINAL JUDGMENT OF DAMAGES AGAINST DEFENDANTS NIRMALA UTTAMCHANDANI a/k/a NICK UTTAM AND VISHAL UTTAMCHANDANI a/k/a VISHAL UTTAM

Plaintiffs Sprint Solutions, Inc. and Sprint Communications Company L.P. (collectively, "Sprint" or "Plaintiffs") brought the above-captioned lawsuit against

Defendants Shiva Telecom USA LLC, Pinnacle Worldwide, Inc. d/b/a Pinnacle Worldwide (Miami), Inc., Nirmala Uttamchandani a/k/a Nick Uttam, and Vishal Uttamchandani a/k/a Vishal Uttam (collectively, "Defendants"), alleging that Defendants are engaged in an unlawful enterprise involving the unauthorized and deceptive bulk purchase and resale overseas of specially-manufactured wireless telephones designed for use on Sprint's wireless service, including the Sprint iPhone (collectively, "Sprint Phones" or "Sprint Handsets" or "Phones" or "Handsets"), the theft of Sprint's subsidy investment in the Phones, the unlawful access of Sprint's protected computer systems and wireless network, the trafficking of Sprint's protected and confidential computer passwords, and the willful infringement of Sprint's trademarks (collectively, the "Bulk Handset Trafficking Scheme" or the "Scheme").

The Court previously entered a Final Judgment and Permanent Injunction in Plaintiffs' favor awarding damages against Defendants Shiva Telecom USA LLC and Pinnacle Worldwide, Inc. d/b/a Pinnacle Worldwide (Miami), Inc.   A Permanent Injunction but no Judgment awarding money damages was entered against Defendants Nirmala Uttamchandani a/k/a Nick Uttam and Vishal Uttamchandani a/k/a Vishal Uttam.   The Court retained jurisdiction to enter a judgment of damages against Defendants Nirmala Uttamchandani a/k/a Nick Uttam and Vishal Uttamchandani a/k/a Vishal Uttam.

As a result of Defendants' breach of the parties' settlement agreement and/or the Permanent Injunction, and by agreement of the parties, the Court has been asked to enter a Final Judgment awarding Sprint damages in the amount of One Million Dollars and Zero Cents ($1,000,000.00) against Defendants Nirmala Uttamchandani a/k/a Nick Uttam and Vishal Uttamchandani a/k/a Vishal Uttam, jointly and severally.

The Court, having reviewed the file, being advised of the agreement of the parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED, ADJUDGED and DECREED that:**

1.      This Court has jurisdiction over all the parties and all of the claims set forth in Sprint's Complaint.

2.      Pursuant to the Court's previous findings in this case, as documented in the Final Judgment and Permanent Injunction entered against Defendants Shiva Telecom USA LLC, Pinnacle Worldwide, Inc. d/b/a Pinnacle Worldwide (Miami), Inc., Nirmala Uttamchandani a/k/a Nick Uttam, and Vishal Uttamchandani a/k/a Vishal Uttam, and the agreement of the parties, the Court hereby enters a Final Judgment of Damages Against Defendants Nirmala Uttamchandani a/k/a Nick Uttam and Vishal Uttamchandani a/k/a Vishal Uttam , jointly and severally, and in favor of Sprint in the amount of One Million Dollars and Zero Cents ($1,000,000.00), that shall bear interest at the legal rate, and for which let execution issue forthwith.

3.      Defendants Nirmala Uttamchandani a/k/a Nick Uttam and Vishal Uttamchandani a/k/a Vishal Uttam stipulated to waive any and all rights to challenge the validity of this Final Judgment of Damages in this Court or in any other court, and specifically waived their right of appeal from the entry of this Final Judgment of Damages.

4.      The Court retains jurisdiction over this matter and the parties to this action in order to enforce the terms of this Final Judgment of Damages Against Defendants Nirmala Uttamchandani a/k/a Nick Uttam and Vishal Uttamchandani a/k/a Vishal Uttam.

5.      This Judgment of Damages in no way affects the previously entered Final Judgment and Permanent Injunction against Defendants Shiva Telecom USA LLC, Pinnacle Worldwide, Inc. d/b/a Pinnacle Worldwide (Miami), Inc., Nirmala

Uttamchandani a/k/a Nick Uttam, and Vishal Uttamchandani a/k/a Vishal Uttam, which remains in full force and effect.

6.      The address of Defendant Shiva Telecom USA LLC is 3389 NW 107th Court, Unit 208, Miami, Florida 33178.

7.      The address of Defendant Pinnacle Worldwide, Inc. d/b/a Pinnacle Worldwide (Miami), Inc. is 3873 Schaefer Avenue, Unit A, Chino California 91710.

8.      The address of Defendant Nirmala Uttamchandani a/k/a Nick Uttam is 435 South Detroit Street, Unit 209, Los Angeles, California 90036.

9.      The address of Vishal Uttamchandani a/k/a Vishal Uttam is 13439 Peyton Drive, Unit 230, Chino Hills, California 91709.

10.      The Court hereby finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay and orders that Judgment for damages shall be entered against Defendants Nirmala Uttamchandani a/k/a Nick Uttam and Vishal Uttamchandani a/k/a Vishal Uttam, as set forth herein.

DONE AND ORDERED this 4th_ day of March, 2015.

_____
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record

4